**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6524**

_____

DAVID MEYERS,

Petitioner - Appellant,

v.

CHADWICK DOTSON, Director Virginia Department of Corrections; KYLE ROSCH, Interstate Compact Administrator,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Douglas E. Miller, Magistrate Judge.  (2:23-cv-00022-AWA-DEM)

_____

Submitted:  September 28, 2023                    Decided:  November 22, 2023

_____

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

David Meyers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Meyers seeks to appeal the magistrate judge's report and recommendation entered in Meyers' 28 U.S.C. § 2254 proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The § 2254 petition remains pending in the district court. Therefore, the order Meyers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*